UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  DEBORAH ARTHETTA PATTERSON,    :    CASE NO. 11-69173-bem
:
Debtor                                 :    CHAPTER 13
:

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On November 23, 2015, the Chapter 13 Trustee herein issued a check in the amount of $3,791.88 for deposit into the Registry of the Clerk of this Court on behalf of Community Home Financial Services, Inc., a creditor in this case (the "Unclaimed Funds").

On February 2, 2016, Stephen P. Drobny filed a Petition for Payment of Unclaimed Funds on behalf of Kristina M. Johnson, Chapter 11 Trustee for Community Home Financial Services, Inc. in Case No. 12-01703 pending in the U.S. Bankruptcy Court for the Southern District of Mississippi ("Claimant") to collect the Unpaid Funds. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court for the Northern District of Georgia, shall issue a check in the amount of $3,791.88 payable to Kristina M. Johnson, Chapter 11 Trustee for Community Home Financial Services, Inc. and shall send said check to payee at the following address:

Kristina M. Johnson, Chapter 11 Trustee
for Community Home Financial Services, Inc.
c/o ClearSpring Loan Services
Attention: Alexander Rogers
18451 Dallas North Tollway, Suite 100
Dallas, Texas 75287.

IT IS SO ORDERED this the 24th day of February, 2016.

Judge Barbara Ellis-Monro
UNITED STATES BANKRUPTCY JUDGE

No Opposition To:

Mary Ida Townson, Chapter 13 Trustee
Bar No. 765063

{BH284386.1} 1

**DISTRIBUTION LIST:**

United States Attorney
1800 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Deborah Arthetta Patterson
7994 Woodlake Dr
Riverdale, GA 30274

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

{BH284386.1}2